```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0168--CR (JKS)
                                    "USA V KAREN CHRISTINE MAURO"
                                    DEF 1.1 MAURO, KAREN CHRISTINE

         In public format, including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/20/03
             Closed: 03/16/04
 No. of Defendants: 1
     MJ Case Number:
                AKA: KAREN CHRISTINE RIVERS
    Location status: Fugitive
         Trial date:
         Terminated: YES
  Needs interpreter: NO
   Counsel of record: Mary C. Geddes
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3408
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Mark A. Rosenbaum
                    4940 Byrd Lane, Suite 100
                    Anchorage, AK 99502
                    907-243-2400
                    FAX 907-243-2609
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 MAURO, KAREN CHRISTINE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 8:1326(a) UNLAWFUL REENTRY AFTER DEPORATATION (F) | Sentenced (20-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A03-0168--CR (JKS)
                                "USA V KAREN CHRISTINE MAURO"

                          In public format, for all filing dates


   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/20/03
            Closed: 03/16/04
No. of Defendants: 1


Document #    Filed       Docket text

NOTE -    1   11/20/03    [Re: DEF 1] Issued WOA.

   1 -    1   11/20/03    [Re: DEF 1] PLF 1 Indictment.

   2 -    1   11/20/03    [Re: DEF 1] AHB Grand Jury Minutes re WOA to be issued; no bail set; in
                          INS custody.

NOTE -    2   11/24/03    [Re: DEF 1] USM Notice of Arrest; defendant available for crt 11/24/03.

NOTE -    3   12/01/03    Issued: Speedy Trial Notice to USDJ.

   3 -    1   12/01/03    DEF 1 Unopposed motion on shortened time to vacate 12/2 detention
                          hearing w/att aff.

   4 -    1   12/01/03    [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                          hld 11/25/03; M. Geddes apptd; def pled not guilty; def detained; det
                          hrg set for 12/2/03 at 3:30 p.m.; PTM's due 12/16/03. cc: USA, FPD, USM,
                          USPO, Judge Singleton

   5 -    1   12/01/03    [Re: DEF 1] Financial Affidavit.

   6 -    1   12/01/03    [Re: DEF 1] JDR Order of Detention Pending Hearing set for 12/2/03 at
                          3:30 p.m. cc: USA, FPD, USM, USPO

   7 -    1   12/01/03    [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 12/2/03; PTM's due 12/16/03. cc: USA, FPD

   8 -    1   12/01/03    [Re: DEF 1] JDR Order granting unopposed motion on shortened time to
                          vacate 12/2 detention hearing (3-1). cc: USA, FPD, USM, USPO

   9 -    1   12/02/03    [Re: DEF 1] JKS Minute Order setting TBJ for 12/29/03 at 9:00 a.m. and
                          FPTC for 12/23/03 at 3:00 p.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC

  10 -    1   12/02/03    [Re: DEF 1] Return of WOA executed at Anchorage, AK by INS on 11/25/03.

  11 -    1   12/03/03    [Re: DEF 1] PLF 1 Discovery conference certificate.

  12 -    1   12/22/03    DEF 1 Notice of proposed change of plea.

  12 -    2   12/22/03    DEF 1 motion to vacate trial date w/att aff.

  13 -    1   12/23/03    JKS Minute Order granting mot to vacate trial date (12-2); FPTC
                          previously set for 12/23/03 and TBJ previously set for 12/29/03 vacated;
                          PCOP set for 01/07/04 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts,
                          JC

  14 -    1   01/08/04    [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] PCOP Held
                          01/07/04; def changed plea to guilty on ct 1 of the Indt; IOS set for
                          03/09/04 at 9:00 a.m.; oral mot for def to remain in Anchorage until
                          01/17/04; granted in part; USM to advise defense cnsl 24 hrs prior to

ACMS: R_RDSDI               As of 04/06/06 at 4:16 PM by AKARPER                         Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A03-0168--CR (JKS)
                          "USA V KAREN CHRISTINE MAURO"

                     In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | def being transfered. cc: USA, FPD, USM, USPO, MJ Roberts |
| 15 - | 1 | 01/21/04 | [Re: DEF 1] JKS Minute Order vacating IOS previously set for 03/09/04 and resetting for 03/08/04 at 2:00 p.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 16 - | 1 | 02/20/04 | {SEALED} |
| 17 - | 1 | 03/01/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 18 - | 1 | 03/09/04 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] IOS Held 03/08/04; def sentenced to time served; 36 mos SR; $100 SA; def released; release order signed. |
| 19 - | 1 | 03/09/04 | [Re: DEF 1] JKS Order of Release. cc: USA, FPD, USM, USPO |
| 20 - | 1 | 03/16/04 | [Re: DEF 1] JKS Judgment pleaded guilty to ct 1 of Indt (1-1); def sentenced to time served; 36 mos SR; $100.00 SA. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| NOTE - | 4 | 03/25/04 | {SEALED} |
| 21 - | 1 | 03/25/04 | {SEALED} |
| 22 - | 1 | 04/05/04 | [Re: DEF 1] Partial Transcript re: IOS held 3/8/04. |