NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN CHRISTINE MAURO,<br><br>Defendants. | Case No. 3:03-cr-00168-JKS-JDR<br><br>**MOTION OF THE UNITED STATES TO DISMISS COMPLAINT AND QUASH ARREST WARRANT** |

The United States files with the court a Motion to Dismiss the charges against Karen Christine Mauro pursuant to Fed. R. Crim. P. 48(a) without prejudice .

//

The government further requests that the outstanding warrant be quashed.

   RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney


          s/ Karen L. Loeffler
          KAREN L. LOEFFLER
          Assistant U.S. Attorney
          Federal Building & U.S. Courthouse
          222 West Seventh Avenue, #9
          Anchorage, Alaska  99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          email: karen.loeffler@usdoj.gov