IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:03-cr-00168-JKS |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING MOTION OF** |
| v. ) | **THE UNITED STATES TO** |
| ) | **DISMISS THE PETITION TO** |
| KAREN CHRISTINE MAURO, ) | **REVOKE SUPERVISED RELEASE** |
| ) | **CONDITIONS AND QUASH ARREST** |
| Defendant. ) | **WARRANT** |
| ) | |

Having considered the Government's Motion to Dismiss the Petition to Revoke Supervised Release Conditions and Quash Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED.**

IT IS SO ORDERED.
DATED this __15__ Day of __August__ 2007, at Anchorage, Alaska.

REDACTED SIGNATURE
JAMES K. SINGLETON
UNITED STATES DISTRICT JUDGE